IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREEM TAVARES MARTIN**                                                                                  **PLAINTIFF**

v.                              Case No. 4:24-cv-00978-LPR

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                                      **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 12). No objections have been filed, and the time for doing so has passed. After a *de novo* review of the RD and careful consideration of the case record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 16th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court acknowledges that the burden of proof and persuasion is on the claimant to show an error was not harmless. *See Byes v. Astrue*, 687 F.3d 913, 917 (8th Cir. 2012) ("To show an error was not harmless, [the claimant] must provide some indication that the ALJ would have decided differently if the error had not occurred."). For essentially the reasons explained in the RD at pages 11–14, the claimant has (just) met this threshold. Nonetheless, the Court wants to make clear that it, like the RD, is not at all certain that, ultimately, the ALJ's new decision will have a different result than the current decision.